**FILED**

MAR 0 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CYNTHIA MIREYA LOZANO,<br><br>Defendant. | CR 17-145-BLG-SPW<br><br>ORDER GRANTING LEAVE<br>TO FILE PLEA AGREEMENT<br>UNDER SEAL |

Upon the Defendant's Unopposed Motion for Leave to File Plea Agreement Under Seal (Doc. 10), and for good cause appearing.

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and Defendant shall file her plea agreement in this matter under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 1st day of March, 2018.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT COURT JUDGE

1